JS-6

1  Brent H. Blakely (SBN 157292)
2  bblakely@blakelylawgroup.com
   Mark S. Zhai (SBN 287988)
3  mzhai@blakelylawgroup.com
   **BLAKELY LAW GROUP**
4  1334 Parkview Avenue, Suite 280
   Manhattan Beach, CA 90266
5  Telephone: (310) 546-7400
   Facsimile: (310) 546-7401

6  *Attorneys for Plaintiff*
7  *Luxottica Group, S.p.A.*

8  Bernadette Castillo Brouses (SBN 232812)
   brouses@dfis-law.com
9  Daniels Fine Israel and Sconbuch Levovits LLP
   1801 Century Park East 9th Floor
10 Los Angeles, CA 90067
   Telephone: (310) 556-7900
11 Facsimile: (310) 556-2807

12 *Attorneys for Defendants*
   *Country Cousins Alhosry, Inc.*
13 *and George Alhosry*

14

15                 UNITED STATES DISTRICT COURT
16                 CENTRAL DISTRICT OF CALIFORNIA
17

18 LUXOTTICA GROUP, S.p.A., an Italian )  CASE NO.: CV 19-6892-GW-ASx
19 Corporation,                        )
                                       )
20              Plaintiff,             )  **PERMANENT INJUNCTION AND**
                                       )  **DISMISSAL OF ACTION WITH**
21        v.                           )  **PREJUDICE**
                                       )
22 COUNTRY COUSINS ALHOSRY,            )
   INC., a California Corporation;     )
23 GEORGE ALHOSRY, an individual; and  )
   DOES 1-10, inclusive,               )
24                                     )  **Honorable George H. Wu**
                Defendants.            )
25                                     )
                                       )
26                                     )

27       Plaintiff Luxottica Group S.p.A. ("Luxottica" or "Plaintiff") having filed a
28 Complaint in this action charging Defendants Country Cousins Alhosry, Inc. and

**STIPULATION TO ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF ACTION WITH PREJUDICE**

George Alhosry (collectively, "Defendants") with Trademark Infringement and False Designations of Origin under the Lanham Act, as well as Trademark Infringement, and Unfair Competition under the common law of the state of California arising from Defendants' alleged illegal importation, distribution, offering for sale, and/or sale of products bearing counterfeit reproductions of the Ray-Ban Marks (defined below).

WHEREAS, Defendants deny any wrongdoing and dispute liability with respect to all claims that were alleged, or could have been alleged, in the Civil Action. Defendants further deny that Luxottica is entitled to damages, or any other relief, in connection with or arising out of its allegations in the Civil Action.

WHEREAS, in the spirit of compromise, and to avoid further expense and the inherent risk associated with litigation, and without admission of liability or fault by any party, Plaintiff and Defendants, desiring to fully settle all of the claims between them; and

WHEREAS, the parties herein have simultaneously entered into a confidential Settlement Agreement and Mutual Release,

WHEREAS Defendants have agreed and the Parties HEREBY STIPULATE to the following terms of a permanent injunction:

1. Luxottica is the owner of various Ray-Ban trademarks (collectively, the "Ray-Ban Marks"), including but not limited the following United States Trademark Registrations:

| Trademark | Registration No. | Goods and Services |
|---|---|---|
| Ray-Ban | 650,499 | sunglasses, shooting glasses, and ophthalmic lenses, in class 26. |
| | 1,093,658 | ophthalmic products and accessories – namely, sunglasses; eyeglasses; spectacles; lenses and frames for |

| | | |
|---|---|---|
| | | sunglasses, eyeglasses, spectacles and goggles; and cases and other protective covers for sunglasses, eyeglasses, spectacles in class 9. |
| **RAY-BAN** | 1,080,886 | ophthalmic products and accessories – namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles – in class 9. |

2. Defendants shall immediately and permanently cease the manufacture, purchase, production, distribution, circulation, sale, offering for sale, importation, exportation, advertising, promotion, display, shipment, marketing or incorporation in advertising or marketing the Ray-Ban Marks and/or eyewear bearing counterfeit reproductions of the Ray-Ban Marks and/or products bearing marks identical, substantially indistinguishable, and/or confusingly similar to the Ray-Ban Marks.

3. Defendants shall not deliver, hold for sale, transfer or otherwise move, store or dispose in any manner products, advertisements, and/or marketing materials bearing the Ray-Ban Marks or marks identical, substantially indistinguishable, and/or confusingly similar to the Ray-Ban Marks.

4. Defendants shall not knowingly assist, aid or attempt to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 2 or 3 above.

5. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

6. The execution of this stipulation shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of Defendants shall not have

preclusive effect on any other parties, actual or potential, who are not specifically and expressly released herein or in the parties' confidential settlement agreement, all claims against whom Plaintiff expressly reserves.

7. Plaintiff and Defendants shall bear their own costs and attorneys' fees associated with this action.

8. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement, construction, and/or modification of this Stipulation/Order as well as the parties' confidential settlement agreement in connection with this action.

9. Except as otherwise provided herein, Luxottica's claims against Defendants are fully resolved and dismissed with prejudice.

Dated: April 21, 2021

**BLAKELY LAW GROUP**

By: */s/ Brent H. Blakely*
Brent H. Blakely
Mark S. Zhai
***Attorneys for Plaintiff
Luxottica Group, S.p.A.***

Dated: April 21, 2021

**DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP**

By: */s/ Bernadette Castillo Brouses*
Bernadette Castillo Brouses
***Attorneys for Defendants
Country Cousins Alhosry, Inc.
and George Alhosry***

IT IS SO ORDERED.

Date: April 21, 2021

_____
HON. GEORGE H. WU,
United States District Judge